UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN P. McTIGUE,<br><br>        Plaintiff,<br><br>   v.<br><br><br>SPOKANE TRANSIT AUTHORITY,<br><br>        Defendant. | No. CV-04-064-FVS<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

**THIS MATTER** having come before the Court on November 15, 2005, based upon the defendant's motion for a protective order; and the Court having found good cause for granting the defendant's motion; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion for a protective order (Ct. Rec. 33) is granted.

2. The plaintiff's motion to deny a protective order (Ct. Rec. 37) is denied.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Mr. McTigue and to counsel for the defendant.

**DATED** this ___16th___ day of November, 2005.

                                 s/Fred Van Sickle
                                   Fred Van Sickle
                        United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER - 1